

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

One Newark Center                                    (973) 645-3014 Telephone
Suite 2100                                           (973) 645-5993 Facsimile
Newark, NJ 07102

In the matter of:

THCR/LP Corporation, *et al.*

Case No.   04-46898 (JHW)

Chapter 11

Debtor(s)

## APPOINTMENT OF EQUITY SECURITY HOLDERS' COMMITTEE

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Unsecured Creditors' Committee in connection with the above captioned case:

Phillip Falcone
Harbert Distressed Investment
Master Fund, LTD.
555 Madison Ave., 16TH Floor
New York, NY 10022
Tel: 212-521-6987
Fax: 212-508-3721

Michael A. Stortini
Robino Stortini Holdings, LLC
6 Larch Avenue
Wilmington, DE 14804
Tel: 302-995-7011
Fax: 302-691-0164

Emanuel Ciminello, III
1208 Wyatt Street
Bronx, NY 10460
Tel: 718-828-7272
Fax: 718-823-0719

Martin E. Hennessy
935 Vegas Valley Drive, #2
Las Vegas, NV 89109
Tel: 702-792-5964

Sebastian Pignatello
2834 Atlantic Ave., Apt. 801
Atlantic City, NJ 08401
Tel: 609-347-7090

Michael Yacyk
1504 Revere Blvd.
Brigantine, NJ 08203
Tel: 609-266-4080
Fax: 609-266-4080

Phillip Sternberg
4312 Atlantic Brigantine Blvd.
Brigantine, NJ 08203
Tel: 609-266-1734
Fax: 609-266-1734

In the matter of:

                                           Chapter 11

THCR/LP Corporation, *et al.*
Case No.   04-46898 (JHW)
Page 2


Roberta A. DeAngelis
Acting United States Trustee
Region 3



By: *<u>/s/ Anthony Sodono, III</u>*
       Anthony Sodono, III
       Assistant United States Trustee

As of: December 28, 2004
Case Attorney: Donald F. MacMaster, Esq.