**TRUMP HOTELS & CASINO RESORTS, INC.**
Condensed Consolidated Statements of Operations
(Unaudited)
(In thousands, except share data)

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| CASINO | $1,242,824 | $1,278,972 | $1,300,029 | $1,471,764 | $1,507,407 |
| ROOMS | 79,073 | 80,491 | 82,126 | 114,036 | 121,062 |
| FOOD & BEVERAGE | 129,010 | 131,577 | 134,078 | 149,017 | 153,729 |
| MANAGEMENT FEE | 0 | 0 | 0 | 0 | 0 |
| OTHER | 46,020 | 54,747 | 55,556 | 56,479 | 57,429 |
| PROMOTIONAL ALLOWANCES | (313,805) | (331,905) | (340,590) | (392,490) | (401,590) |
| **NET REVENUES** | $1,183,123 | $1,213,882 | $1,231,198 | $1,398,806 | $1,438,036 |
| | | | | | |
| **COSTS & EXPENSES** | | | | | |
| GAMING | $523,624 | $512,803 | $520,427 | $572,053 | $587,800 |
| ROOMS | 116,050 | 111,666 | 113,056 | 122,904 | 125,213 |
| FOOD & BEVERAGE | 43,249 | 42,207 | 42,556 | 46,366 | 47,689 |
| GENERAL & ADMIN | 240,718 | 246,153 | 248,206 | 267,782 | 273,986 |
| **TOTAL EXPENSES** | $923,641 | $912,830 | $924,245 | $1,009,105 | $1,034,689 |
| | | | | | |
| **EBITDA (a)** | $259,482 | $301,052 | $306,953 | $389,701 | $403,348 |
| Less: | | | | | |
| CRDA | 4,587 | 4,732 | 4,817 | 5,530 | 5,675 |
| DEPRECIATION & AMORTIZATION | 111,472 | 111,308 | 115,917 | 125,092 | 135,011 |
| CORPORATE EXPENSES | 13,248 | 18,248 | 8,248 | 8,248 | 8,248 |
| **INCOME FROM OPERATIONS** | $130,176 | $166,765 | $177,971 | $250,832 | $254,414 |
| | | | | | |
| INTEREST INCOME | (609) | (608) | (774) | (1,493) | (2,574) |
| INTEREST EXPENSE | 124,172 | 127,280 | 130,977 | 132,321 | 130,020 |
| OTHER NON-OPERATING (INCOME)EXPENSE, NET | 4,400 | 1,400 | 1,400 | 0 | 0 |
| **TOTAL NON-OPERATING EXPENSE, NET** | $127,963 | $128,072 | $131,602 | $130,828 | $127,446 |
| | | | | | |
| **INCOME(LOSS) BEFORE LOSS IN JOINT VENTURE,** | $2,213 | $38,693 | $46,368 | $120,004 | $126,968 |
| PROVISION FOR INCOME TAXES | (247) | (3,968) | (9,561) | (37,470) | (40,188) |
| **INCOME(LOSS) BEFORE MINORITY INTEREST** | $1,966 | $34,725 | $36,807 | $82,534 | $86,780 |
| MINORITY INTEREST | - | - | - | - | - |
| **NET INCOME** | $1,966 | $34,725 | $36,807 | $82,534 | $86,780 |

Note:  Certain prior year reclassifications have been made to conform to current year presentation.
(a)EBITDA (Earnings before interest, taxes, depreciation and amortization, valuation allowances on casino
reinvestment obligations, corporate expenses and debt renegotiation costs) is a measure of financial
performance commonly used in the casino hotel industry.
We provide EBITDA results to enhance an investor's understanding of our operating results.
EBITDA is a non-GAAP financial statement measure and should not be construed as an alternative to operating
income as determined under generally accepted accounting principles as an indicator of operating performance.
All companies do not calculate EBITDA in the same manner; accordingly, the EBITDA results presented above
may not be comparable to EBITDA results as reported by other companies.
Corporate expenses include administrative expenses associated with the operation of THCR Holdings and
lobbying and developmental costs in other gaming jurisdictions.

**TRUMP HOTELS & CASINO RESORTS INC**
**CONSOLIDATING BALANCE SHEET**

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| CURRENT ASSETS | | | | | | |
| CASH AND CASH EQUIVALENTS | 102,758 | 60,099 | 61,703 | 60,026 | 94,898 | 203,830 |
| TRADE AND ACCOUNTS RECEIVABLE | 37,000 | 40,594 | 41,635 | 42,224 | 48,001 | 49,344 |
| INVENTORIES | 11,894 | 12,935 | 12,818 | 12,834 | 14,105 | 14,470 |
| PREPAID AND OTHER | 16,384 | 12,615 | 12,932 | 13,114 | 14,980 | 15,403 |
| **TOTAL CURRENT ASSETS** | **168,036** | **126,242** | **129,087** | **128,197** | **171,984** | **283,047** |
| | | | | | | |
| INVESTMENTS | 28,535 | 28,535 | 28,535 | 28,535 | 28,535 | 28,535 |
| NET PP&E | 1,753,116 | 1,838,124 | 1,917,828 | 1,983,813 | 1,956,740 | 1,920,833 |
| OTHER LONG-TERM ASSETS | 71,061 | 67,712 | 67,712 | 67,712 | 67,712 | 67,712 |
| CAPITALIZED FEES & EXPENSES | 10,000 | 9,650 | 9,300 | 8,950 | 8,600 | 8,600 |
| GOODWILL | 208,664 | 208,664 | 208,664 | 208,664 | 208,664 | 208,664 |
| PROJECTED CAPITALIZED CRDA | 4,474 | 13,648 | 23,112 | 32,746 | 43,805 | 55,156 |
| **TOTAL ASSETS** | **2,243,886** | **2,292,575** | **2,384,238** | **2,458,617** | **2,486,040** | **2,572,547** |
| | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | |
| CURRENT LIABILITIES | | | | | | |
| ACCOUNTS PAYABLE | 43,644 | 34,753 | 34,462 | 34,503 | 37,722 | 38,651 |
| ACCRUED PAYROLL | 23,108 | 24,400 | 25,024 | 25,383 | 29,079 | 29,917 |
| SELF INSURANCE RESERVES | 11,607 | 12,535 | 12,856 | 13,040 | 14,938 | 15,369 |
| ACCRUED INTEREST PAYABLE | 30,536 | 30,536 | 30,536 | 30,536 | 30,536 | 30,536 |
| OTHER CURRENT LIABILITIES | 56,868 | 61,673 | 62,615 | 63,019 | 63,406 | 63,937 |
| DUE TO AFFILIATES | 6,655 | 6,655 | 6,655 | 6,655 | 6,655 | 6,655 |
| **TOTAL CURRENT LIABILITIES** | **172,418** | **170,552** | **172,146** | **173,136** | **182,337** | **185,064** |
| | | | | | | |
| CREDIT FACILITY | 150,000 | 219,928 | 297,000 | 355,311 | 291,000 | 288,000 |
| 2ND LIEN NOTES | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 |
| LT DEBT, OTHERNET OF DISC & CURR MATUR | 65,186 | 43,457 | 21,729 | 0 | 0 | 0 |
| OTHER LONG TERM LIABILITIES | 24,012 | 24,402 | 24,402 | 24,402 | 24,402 | 24,402 |
| **TOTAL LIABILITIES** | **1,661,616** | **1,708,339** | **1,765,277** | **1,802,849** | **1,747,739** | **1,747,466** |
| | | | | | | |
| **EQUITY** | | | | | | |
| EQUITY | **582,270** | **584,236** | **618,961** | **655,768** | **738,301** | **825,081** |
| **TOTAL EQUITY** | **582,270** | **584,236** | **618,961** | **655,768** | **738,301** | **825,081** |
| | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | **2,243,886** | **2,292,575** | **2,384,238** | **2,458,617** | **2,486,040** | **2,572,547** |

**TRUMP  HOTELS & CASINO RESORTS**
**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| NET INCOME (LOSS) | $1,966 | $34,725 | $36,807 | $82,534 | $86,780 |
| DEPRECIATION AND AMORTIZATION | 111,122 | 110,958 | 115,567 | 124,742 | 135,011 |
| AMORTIZATION OF DEFERRED LOAN COSTS | 350 | 350 | 350 | 350 | 0 |
| VALUATION ALLOWANCE OF CRDA INVESTMENTS | 4,587 | 4,732 | 4,817 | 5,530 | 5,675 |
| (INCREASE) DECREASE IN RECEIVABLES | (3,594) | (1,041) | (589) | (5,777) | (1,343) |
| (INCREASE) DECREASE IN INVENTORIES | (1,041) | 117 | (16) | (1,271) | (366) |
| (INCREASE) DECREASE IN OTHER CURRENT ASSETS | 3,769 | (317) | (182) | (1,866) | (424) |
| (INCREASE) DECREASE IN DUE TO AFFILIATES | 0 | 0 | 0 | 0 | 0 |
| (INCREASE) DECREASE IN OTHER ASSETS | 0 | 0 | 0 | 0 | 0 |
| INCREASE (DECREASE) IN ACCOUNTS PAY & ACCRUED | (8,891) | (292) | 41 | 3,219 | 929 |
| INCREASE (DECREASE) IN ACCRUED EXPENSES | 1,292 | 624 | 359 | 3,697 | 838 |
| INCREASE (DECREASE) IN SELF INSURANCE RESERVES | 928 | 321 | 184 | 1,898 | 430 |
| INCREASE (DECREASE) IN OTHER CURRENT LIABILITIES | 4,805 | 942 | 405 | 387 | 531 |
| INCREASE (DECREASE) IN OTHER ASSETS & LIABILITIES | 3,739 | 0 | 0 | 0 | 0 |
| NET CASH FLOWS PROVIDED BY OPERATING ACTIVITIES | 119,031 | 151,118 | 157,743 | 213,442 | 228,061 |
| | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | |
| ACQUISITION OF PPE | (196,130) | (190,662) | (181,552) | (97,669) | (99,104) |
| CRDA INVESTMENTS | (13,760) | (14,196) | (14,451) | (16,589) | (17,026) |
| NET CASH FLOWS USED BY INVESTING ACTIVITIES | (209,890) | (204,858) | (196,003) | (114,258) | (116,130) |
| | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | |
| INCREASE (DECREASE) IN LONG TERM DEBT | 48,199 | 55,344 | 36,583 | (64,311) | (3,000) |
| PROCEEDS FROM EQUITY FINANCING | 0 | 0 | 0 | 0 | 0 |
| NET CASH FLOWS PROVIDED BY FINANCING ACTIVITIES | 48,199 | 55,344 | 36,583 | (64,311) | (3,000) |
| | | | | | |
| NET INCREASE( DECREASE) IN CASH AND CASH EQUIVALENTS | ($42,659) | $1,604 | ($1,677) | $34,872 | $108,932 |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF PERIOD | 102,758 | 60,099 | 61,703 | 60,026 | 94,898 |
| CASH AND CASH EQUIVALENTS AT END OF PERIOD | 60,099 | 61,703 | 60,026 | 94,898 | 203,830 |
| | | | | | |
| **CASH INTEREST PAID** | $124,172 | $127,280 | $130,977 | $132,321 | $130,020 |
| **NON-CASH PPE** | $0 | $0 | $0 | $0 | $0 |
| **INCOME TAXES PAID** | $247 | $3,968 | $9,561 | $37,470 | $40,188 |