UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Schwartz, Tobia & Stanziale
Latham & Watkins, LLP

Order Filed on
5/6/2005
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

THCR/LP Corporation

Case No.:    04-46898

Adv. No.:

Hearing Date:

Judge:    JHW

## ORDER

The relief set forth on the following pages, numbered two (2) through ___8___ is hereby **ORDERED**.

**DATED: 5/6/2005**

Honorable Judith H. Wizmur
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

| | |
|---|---|
| Robert A. Klyman | Mark A. Broude, Esq. |
| LATHAM & WATKINS LLP | John W. Weiss (JW 5194) |
| 633 West Fifth Street, Ste 4000 | LATHAM & WATKINS LLP |
| Los Angeles, CA 90071-2007 | 885 Third Avenue, Suite 1000 |
| Telephone: (213) 485-1234 | New York, NY 10022-4802 |
| Telecopy: (213) 891-8763 | Telephone: (212) 906-1200 |
| Email: robert.klyman@lw.com | Telecopy: (212) 751-4864 |
| | Email: mark.broude@lw.com |
| | john.weiss@lw.com |

-and-

Charles A. Stanziale, Jr. (CS 1227)
Jeffrey T. Testa (JT 1127)
SCHWARTZ, TOBIA & STANZIALE
Kip's Castle, 22 Crestmont Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699
Email: cstanziale@kipslaw.com
       testa@kipslaw.com

Counsel for Debtors and Debtors in Possession

| | |
|---|---|
| In Re:<br>THCR/LP CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case Nos.: 04-46898 (JHW)<br>   through 04-46925 (JHW)<br>Jointly Administered |

## ORDER PURSUANT TO SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

NY\1004793.1

*Approved by Judge Judith H. Wizmur May 06, 2005*

**Debtors:** THCR/LP CORPORATION, et al.,
**Case Nos.** 04-46898 (JHW) through 04-46925 (JHW)
**Page #:** 2
**Caption of Order:** ORDER PURSUANT TO SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

---

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section 1121(d) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") extending the exclusive periods in which the Debtors may file and solicit acceptances of a plan of reorganization; this Court having the jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; this Court having determined that cause exists for the requested extension and that granting the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and equity security holders; notice of the Motion having been given as set forth in the Motion; it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the exclusive periods within which the Debtors may file and solicit acceptances of a plan of reorganization are extended through and including May 20, 2005, and July 19, 2005, respectively; and it is further

ORDERED that the aforementioned extensions are granted without prejudice to the Debtor's right to seek further extensions of such exclusive periods.

NY\1004793.1

*Approved by Judge Judith H. Wizmur May 06, 2005*