UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stutman, Treister & Glatt

and

The Bayard Firm

Order Filed on 5/19/2005 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

THCR/LP Corporation, et al., Debtor(s)

Case No.: 04-46898

Adv. No.:

Hearing Date:

Judge: JHW

**ORDER**

The relief set forth on the following pages, numbered two (2) through ____8____ is hereby **ORDERED**.

**DATED: 5/19/2005**

Honorable Judith H. Wizmur
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Frank A. Merola, Esquire
Nathan A. Schultz, Esquire
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail: fmerola@stutman.com
nschultz@stutman.com

-and-

THE BAYARD FIRM
Daniel K. Astin (DA 9859)
-and-
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
E-mail: dastin@bayardfirm.com
nglassman@bayardfirm.com
syoder@bayardfirm.com

Co-Counsel for Official Committee
of Equity Security Holders

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THCR/LP CORPORATION, et al., | ) Case Nos. 04-46898 (JHW) through<br>) 04-46925 (JHW) (Jointly Administered) |
| | ) |
| | ) |
| Debtors. | ) **[NO HEARING REQUESTED]** |
| | ) |

**THIRD STIPULATION AND ORDER RE EXTENSION OF THE LIEN CHALLENGE DEADLINE UNDER THE FINAL CASH COLLATERAL ORDER**

**WHEREAS**, on November 21, 2004 (the "Petition Date"), THCR/LP Corporation and its debtor affiliates (collectively, the "Debtors"), the above-captioned debtors and debtors-in-possession, filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, on December 28, 2004, the United States Trustee, pursuant to Bankruptcy Code section 1102(a), appointed the Official Committee of Equity Security Holders (the "Equity Committee");

**WHEREAS**, on February 3, 2005, this Court entered the "Stipulation and Final Interim Order Providing for Use of Cash Collateral and Providing Adequate Protection" (the "Final Cash Collateral Order")[1];

**WHEREAS**, the Final Cash Collateral Order defines the Lien Challenge Deadline as "the earlier of (x) one day prior to the first day of any hearing on confirmation of the Debtors' plan of reorganization or (y) March 28, 2005";

**WHEREAS**, on March 28, 2005, this Court entered the "Stipulation And Order Re Extension Of The Lien Challenge Deadline Under The Final Cash Collateral Order," extending the Lien Challenge Deadline to and including April 29, 2005;

**WHEREAS**, on March 28, 2005, this Court entered the "Stipulation And Order Re Extension Of The Lien Challenge Deadline Under The Final Cash Collateral Order," extending the Lien Challenge Deadline to and including April 29, 2005;

**WHEREAS**, on April 28, 2005, this Court entered the "Second Stipulation And Order Re Extension Of The Lien Challenge Deadline Under The Final Cash Collateral Order," extending the Lien Challenge Deadline to and including May 16, 2005;

**WHEREAS**, the undersigned parties-in-interest agree to further extend the Lien Challenge Deadline; accordingly, it is hereby

**STIPULATED AND ORDERED** as follows:

1. With respect to the Equity Committee only, the Lien Challenge Deadline is extended to and including May 31, 2005.

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Final Cash Collateral Order.

instrument. A signature transmitted by facsimile shall be deemed an original signature for purposes of this Stipulation.

Dated 13th day of May, 2005.

**LATHAM & WATKINS LLP**

By: /s/
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Counsel to the Debtors

**STUTMAN TREISTER & GLATT, P.C.**

By: ____________________
Frank A. Merola
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel to the Equity Committee

**WEIL, GOTSHAL & MANGES LLP**

By: ____________________
Michael Walsh
767 Fifth Avenue
New York, New York 10153
Counsel to the TAC Informal Committee

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: ____________________
Thomas R. Kreller
601 So. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Counsel to the TCH Informal Committee

**SEWARD & KISSEL LLP**

By: ____________________
Arlene R. Alves
One Battery Plaza
New York, New York 10004
Counsel to the Indenture Trustee

**ORDER**

Upon consideration of the Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

____________________
Honorable Judith H. Wizmur
United States Bankruptcy Judge



Approved by Judge Judith H. Wizmur May 19, 2005

instrument. A signature transmitted by facsimile shall be deemed an original signature for purposes of this Stipulation.

Dated __th day of May, 2005.

**LATHAM & WATKINS LLP**

By: ____________________
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Counsel to the Debtors

**STUTMAN TREISTER & GLATT, P.C.**

By: ____________________
Frank A. Merola
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel to the Equity Committee

**WEIL, GOTSHAL & MANGES LLP**

By: ____________________
Michael Walsh
767 Fifth Avenue
New York, New York 10153
Counsel to the TAC Informal Committee

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: ____________________
Thomas R. Kreller
601 So. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Counsel to the TCH Informal Committee

**SEWARD & KISSEL LLP**

By: ____________________
Arlene R. Alves
One Battery Plaza
New York, New York 10004
Counsel to the Indenture Trustee

**ORDER**

Upon consideration of the Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

____________________
Honorable Judith H. Wizmur
United States Bankruptcy Judge



Approved by Judge Judith H. Wizmur May 19, 2005

instrument. A signature transmitted by facsimile shall be deemed an original signature for purposes of this Stipulation.

Dated __th day of May, 2005.

**LATHAM & WATKINS LLP**

By: ____________________
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Counsel to the Debtors

**STUTMAN TREISTER & GLATT, P.C.**

By: ____________________
Frank A. Merola
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel to the Equity Committee

**WEIL, GOTSHAL & MANGES LLP**

By: ____________________
Michael Walsh
767 Fifth Avenue
New York, New York 10153
Counsel to the TAC Informal Committee

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: ____________________
Thomas R. Kreller
601 So. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Counsel to the TCH Informal Committee

**SEWARD & KISSEL LLP**

By: ____________________
Arlene R. Alves
One Battery Plaza
New York, New York 10004
Counsel to the Indenture Trustee

**ORDER**

Upon consideration of the Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

____________________
Honorable Judith H. Wizmur
United States Bankruptcy Judge



*Approved by Judge Judith H. Wizmur May 19, 2005*

instrument. A signature transmitted by facsimile shall be deemed an original signature for purposes of this Stipulation.

Dated __th day of May, 2005.

**LATHAM & WATKINS LLP**

By: ____________________
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Counsel to the Debtors

**STUTMAN TREISTER & GLATT, P.C.**

By: ____________________
Frank A. Merola
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel to the Equity Committee

**WEIL, GOTSHAL & MANGES LLP**

By: ____________________
Michael Walsh
767 Fifth Avenue
New York, New York 10153
Counsel to the TAC Informal Committee

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: ____________________
Thomas R. Kreller
601 So. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Counsel to the TCH Informal Committee

**SEWARD & KISSEL LLP**

By: ____________________
Arlene R. Alves
One Battery Plaza
New York, New York 10004
Counsel to the Indenture Trustee

**ORDER**

Upon consideration of the Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

____________________
Honorable Judith H. Wizmur
United States Bankruptcy Judge



*Approved by Judge Judith H. Wizmur May 19, 2005*

instrument. A signature transmitted by facsimile shall be deemed an original signature for purposes of this Stipulation.

Dated __th day of May, 2005.

**LATHAM & WATKINS LLP**

By: ____________________
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Counsel to the Debtors

**STUTMAN TREISTER & GLATT, P.C.**

By: ____________________
Frank A. Merola
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel to the Equity Committee

**WEIL, GOTSHAL & MANGES LLP**

By: ____________________
Michael Walsh
767 Fifth Avenue
New York, New York 10153
Counsel to the TAC Informal Committee

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: ____________________
Thomas R. Kreller
601 So. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Counsel to the TCH Informal Committee

**SEWARD & KISSEL LLP**

By: ____________________
Arlene R. Alves
One Battery Plaza
New York, New York 10004
Counsel to the Indenture Trustee

**ORDER**

Upon consideration of the Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

____________________
Honorable Judith H. Wizmur
United States Bankruptcy Judge