# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 04–46898–JHW
Chapter: 11
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    THCR/LP Corporation
    fka TM/GP Corporation
    1000 Boardwalk at Virginia Avenue
    Atlantic City, NJ 08401

Social Security No.:

Employer's Tax I.D. No.:
    22–3129400

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 4, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 2042 – 1341
Amended Opinion on Fee Enhancement (related document:[1341] Final Application for Compensation for Official Committee of Equity Security Holders , Special Counsel, period: 1/5/2005 to 4/5/2005, fee: $978,530.25, expenses: $112,053.81. filed by Creditor Official Committee of Equity Security Holders).. The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant's Attorney. Opinion mailed to Frank Merola, Esq., Robert Klyman, Esq., John Weiss, Esq., Steven Yoder, Esq., Michael F. Walsh, Esq., John J. Rapisardi, Esq. and Thomas Kreller, Esq.. Signed on 8/4/2008. (eag, )

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 4, 2008
JJW: eag

                                                                                James J. Waldron
                                                                                Clerk